Order issued December 19, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01496-CV

## IN RE AFTERMATH, INC., Relator

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-04971**

# O R D E R

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

JIM MOSELEY
JUSTICE